IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | NO. 08-298 |
| KENNETH CRUZ | : | |

**ORDER**

AND NOW, this 23rd day of April, 2010, Defendant Kenneth Cruz's Motion to Suppress Physical Evidence (Doc. 22) is DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
JUAN R. SÁNCHEZ, J.